IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| JAMES MURPHY, ADC# 134187 | * * * |
| Plaintiff, | * * |
| vs. | * No. 1:07CV00052 SWW |
| | * |
| CORRECTIONAL MEDICAL SERVICES, INC., ET AL., | * * * |
| Defendants. | * * |

ORDER

Before the Court is plaintiff's motion for an extension of time to file objections to the recommended disposition granting defendants' motion for summary judgment. The motion [docket entry 86] is granted. Plaintiff has until and including August 25, 2010, in which to file his objections.

SO ORDERED this 16th of August, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE