**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JAMES MURPHY
ADC #134181**                                                                    **PLAINTIFF**

**V.**                          **CASE NO.: 1:07CV00052 SWW/BD**

**CORRECTIONAL MEDICAL SERVICES, et al.**                    **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge

Beth Deere.  After careful review of the Recommended Disposition, the timely objections

received thereto, as well as a *de novo* review of the record, the Court concludes that the

Recommended Disposition should be, and hereby is, approved and adopted as this

Court's findings in all respects in its entirety.

Accordingly, the Court hereby GRANTS Defendants' motion for summary

judgment (#81) and DISMISSES Plaintiff's complaint (#2) and amended complaint (#43)

with prejudice.

IT IS SO ORDERED, this 27th day of August, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE