# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JAMES MURPHY**
**ADC #134181**                                                                                   **PLAINTIFF**

**V.**                    **CASE NO.: 1:07CV00052 SWW/BD**

**CORRECTIONAL MEDICAL SERVICES, et al.**                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 27th day of August, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE